1  Alden J. Parker (SBN 196808)
   E-Mail:  aparker@fisherphillips.com
2  William T. Okamoto (SBN 342147)
   E-Mail:  wokamoto@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 2400
4  Sacramento, California 95814
   Telephone: (916) 210-0400
5  Facsimile: (916) 210-0401

6  Attorneys for Defendants
   ELMO FRAZER and CARRINGTON COLLEGE (CA), INC.
7  (erroneously sued as CARRINGTON COLLEGE)

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 CHARLES BUCKNER,                          Case No:

12              Plaintiff,                    *[Removed from Santa Clara County Superior Court,
                                              Case No. 24CV452217]*
13        v.

14 ELMO FRAZER & CARRINGTON                   **DECLARATION OF WILLIAM T.**
   COLLEGE,                                   **OKAMOTO IN SUPPORT OF DEFENDANTS**
15                                            **ELMO FRAZER AND CARRINGTON**
                Defendants.                   **COLLEGE (CA), INC.'S NOTICE AND**
16                                            **PETITION OF REMOVAL OF ACTION**
                                              **PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441,**
17                                            **SUBDIVISION (A), AND 1446**

18
                                              Complaint Filed:  November 22, 2024
19                                            Trial Date:        Not Yet Set

20

21

22

23

24

25

26

27

28

                                            1

## DECLARATION OF WILLIAM T. OKAMOTO

I, William T. Okamoto, hereby declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all courts in the State of California. I am an associate with Fisher & Phillips LLP, counsel of record for Defendants ELMO FRAZER and CARRINGTON COLLEGE (CA), INC. erroneously sued as CARRINGTON COLLEGE (collectively "Defendants").  I make this Declaration in support of Defendants' Notice of Removal under 28 U.S.C. sections 1331, 1367, 1441, subdivision (a), and 1446. My firm and I are counsel for Defendants in the civil action currently pending in the California Superior Court, in and for the County of Santa Clara, entitled *Charles Buckner v. Carrington College (CA), Inc. erroneously sued as Carrington College, Elmo Frazier*, Case No. 24CV452217 (the "Action"). I am familiar with the records of Fisher & Phillips LLP regarding the above-captioned action and the State Court Action. All the information set forth herein is based on my personal and first-hand knowledge except where indicated, and if called and sworn as a witness, I could and would testify competently thereto.

2.      On information and belief, on or around November 22, 2024, Plaintiff Charles Buckner ("Plaintiff") filed a Complaint in the Superior Court of the State of California in and for the County of Santa Clara. A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

3.      On or about January 18, 2025, Plaintiff served the Summons and Complaint on both Defendants via substitute service. A true and correct copy of Plaintiff's Summons, Complaint, Proofs of Service, and related documents are attached hereto as **Exhibit B**.

4.      To the best of my knowledge, all parties have been served with the Summons and Complaint.

5.      On information and belief, and as of the date of the filing of Defendant's Notice of Removal, no other pleadings or other papers have been filed in the State Court Action.

6.      Based on my review of Plaintiff's Complaint, the claims and allegations contained therein amount to a question arising out of federal law. Specifically, Plaintiff pleads a single cause of action for Constitutional Rights Violation. In doing so, Plaintiff alleges that Defendants violated his "Fourth Amendment right against unreasonable seizure and potentially [his] Fourteenth Amendment right to due process." *See* Exhibit A. Moreover, all of Plaintiff's claims derive from his enrollment in and separation

1    from Carrington College's surgery technician program. As a result, all causes of action in this case arise
2    from a common nucleus of operative fact.

3          7.     On February 25, 2025, Defendants filed a responsive pleading in the form of an answer
4    in State Court. Attached hereto as **Exhibit C** is a true and correct copy of Defendants' answer and
5    affirmative defenses.

6          I declare under penalty of perjury, under the laws of the State of California, that the foregoing is
7    true and correct.  Executed on February 25, 2025, at Sacramento, California.

8                               */s/ William T. Okamoto*

9                               William T. Okamoto

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF WILLIAM T. OKAMOTO ISO DEFENDANTS' NOTICE AND PETITION OF REMOVAL OF ACTION
PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

# EXHIBIT A

# EXHIBIT A

Carrington College

Case Name: _Charles Buckner us Elmo Frazer_   Case #: _____

1    Your Name: _Charles Buckner_        Your Name:

2    Your Address: _230 Cimarron Dr_

3    _Vallejo Ca 94589_                      **F I L E D**

4    Your Phone Number: _707-319-8913_          **NOV 22 2024**

5    Self-Represented                    Clerk of the Court
                                Superior Court of CA County of Santa Clara
6                                      BY _____ DEPUTY
                                         M. ARECHIGA

7                    SUPERIOR COURT OF CALIFORNIA

8                      COUNTY OF SANTA CLARA

9                          CIVIL DIVISION

10                                Case No.: _24 CV 452217_

11   _Charles Buckner_                PLEADING TITLE: _Complaint_

12          Plaintiff,              _Constitutional Rights_

13          And                     _violation._

14   _Elmo Frazer; Carrington College_   _unlimited_

15          Defendant               Judge: _____

16

17

18

19

20

21

22

23

24

25

     Pleading Title: _____    Page _____ of _____

*Frazer*

This complaint alleges that Elmo Fraser, Director of Carrington College, made false and malicious statements to the San Jose Police Department, leading to my wrongful arrest and continued harassment. Mr. Fraser's actions violated my constitutional rights, specifically my Fourth Amendment right against unreasonable seizure and potentially my Fourteenth Amendment right to due process.

On Wednesday October 23, I was arrested by the San Jose Police Department based on false information provided by Carrington College Director, Mr. Elmo Fraser. He made two key false claims:

*Frazer*

1. **False Claim of Expulsion:** Mr. Fraser told the police I had been expelled from Carrington College. This is demonstrably false. I voluntarily withdrew from the college on October 9 2024, weeks prior to my arrest. I possess email correspondence with the college confirming my withdrawal. This deliberate misrepresentation created a false narrative of potential retaliation on my part.    *Frazer*

2. **False Claim of a Conversation and Terrorist Threats:** Mr. Fraser asserted that I made terrorist threats against Carrington College during a conversation on the morning of Wednesday October 23. This is also demonstrably false. My phone records and also Mr Frazer Fraser phone records will clearly show Mr. Fraser attempted to call me twice: once the previous evening Tuesday October 22 at 7:01 PM, which I terminated, and again the morning of Wednesday October 23 at 7:12 AM, which I also declined. No conversation took place on the morning of my arrest ,as he claimed; therefore, no threats could have been made.

*Frazer*

Mr. Fraser's knowingly false statements resulted in my being apprehended at gunpoint by approximately seven to eight San Jose Police officers. While I have no complaints against the San Jose Police Department, who were acting on the misinformation they were given, this excessive and unwarranted show of force caused me significant emotional distress and trauma and has to be stopped. I was subsequently booked and incarcerated for three to four days before the charges were dismissed due to a lack of evidence.

Furthermore, even after my release from incarceration, the harassment continued. On November 8, 2024, at 11:09 AM, Mr. Fraser contacted me claiming someone had seen my car on the San Jose campus, continuous and aggressive on me confirming, was it me. This is impossible as I have been residing in Vallejo for the past weeks and have witnesses and camera footage to corroborate my whereabouts. This continued contact leads me to believe Mr. Fraser is attempting to fabricate another false case against me.

*Frazer*

I believe Mr. Fraser acted with malice, intentionally misrepresenting the facts to the police to cause my arrest and continuing to harass me even after the charges were dropped. His false claims about my expulsion, alleged threats, and now the alleged sighting of my car demonstrate a pattern of malicious behavior.

*Frazer*

I request a full investigation into Mr. Fraser's conduct and appropriate action be taken to address this violation of my constitutional rights and ongoing harassment. I further request documentation related to my arrest, including the police report and any recordings of

*Frazer*

conversations between Mr. ~~Eraser~~ and the San Jose Police Department. I endured significant
emotional trauma, including anxiety, fear, sleeplessness, depression. This emotional distress
necessitated a short period of medication usage, or other treatments resulting in needed expenses.
Furthermore, the accusations tarnished the Plaintiff's reputation in the workplace community,
leading to difficulty finding employment, strained relationships. The Plaintiff will incurred legal
fees to defend against these baseless charges.

As a direct result of the false and malicious accusations of criminal threat and terrorist threats
instigated by Carrington College and Elmo ~~Fraser~~, the Plaintiff suffered significant and
demonstrable damages. These accusations, carrying severe potential penalties under California
law, including substantial prison sentences, caused immense emotional distress, reputational
harm, and possibly financial losses.

The severity of the charges, coupled with the aggressive pursuit of these charges by Carrington
College and Elmo ~~Fraser~~, significantly amplified the Plaintiff's damages. The Plaintiff was
forced to endure the arduous and stressful criminal justice process, facing the potential of a
wrongful conviction and lengthy imprisonment. The fact that the Plaintiff ultimately prevailed
and was found not guilty does not negate the substantial harm inflicted during this ordeal. The
anxiety, fear, and uncertainty experienced throughout this period constitute significant and
compensable damages.

To fully compensate for the emotional distress, reputational harm, financial losses, and the ordeal
of facing these severe charges, the Plaintiff seeks $20 million in damages. In the interest of
resolving this matter expeditiously and avoiding further litigation, the Plaintiff is willing to
accept a settlement of $15million." If we cannot reach a settlement, I intend to file a motion for
an expedited jury trial.

Thank you your Honor.

Respectfully submitted

Charles Buckner

11 - 22 - 24

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

---

### CAUSE OF ACTION—Intentional Tort                    Page _____

_____ (number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Charles Buckner

alleges that defendant *(name):* Elmo Frazer & Carrington College

☐ Does ~~constitutional~~ *violated constitutional to* Charles Buckner *rights*

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff

on *(date):* Oct 23, 2024

at *(place):* Wyndham Garden Hotel Rue Ferrari

*(description of reasons for liability):*  Elmo frazer on the date of oct 23, 2024
made false Allegation to the San Jose police. Stating that I
was Expelled from school And made criminal threats. All ~~false~~
Allegations Are false And got me Arrested. I have All Documentation
As well does he to prove the claims were false. This has caused
me great emotional damage, pain & suffering, Depression, And
put me in fear for my life causing me mental trauma.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# EXHIBIT B

# EXHIBIT B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY<br>
*(SOLO PARA USO DE LA CORTE)*<br>
<br>
**F I L E D**<br>
NOV 22 2024<br>
Clerk of the Court<br>
Superior Court of CA County of Santa Clara<br>
BY_____ DEPUTY<br>
M. ARECHIGA

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Elmo Frazer

**YOU ARE BEING SUED BY PLAINTIFF:** Charles Buckner
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: Santa Clara Superior Court<br>*(El nombre y dirección de la corte es):* 191 N first St San Jose CA 95113 | CASE NUMBER:<br>*(Número del Caso):* 24 CV 452217 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Charles Buckner
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* 230 Cimarron Dr Vallejo CA 94589
(707-319-8913

DATE: NOV 22 2024    Clerk of the Court    Clerk, by M. ARECHIGA            , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):*
   under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☑ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**    | Print this form | Save this form |    | Clear this form |

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Carrington College
5883 Rue Ferrari #125 San Jose Ca 95138

**YOU ARE BEING SUED BY PLAINTIFF:** Charles Bucknor
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FILED
NOV 22 2024
Clerk of the Court
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
M. ARECHIGA

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Santa Clara Superior Court
*(El nombre y dirección de la corte es):* 191 N First st San Jose ca 95113

CASE NUMBER:
*(Número del Caso):* 24CV452217

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Charles Bucknor
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* Cimarron Dr
(707) 319-8913  Vallejo CA 94589

DATE:
*(Fecha):* NOV 22 2024    Clerk of the Court    Clerk, by M. ARECHIGA , Deputy
*(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [✓] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [✓] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]  [ Clear this form ]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): *Charles Buckner* | FOR COURT USE ONLY |
|---|---|

230 Cimarron Dr Vallejo CA 94589

TELEPHONE NO.: 707 319 8913    FAX NO.:

EMAIL ADDRESS:

ATTORNEY FOR (Name):

**FILED**

NOV 22 2024

Clerk of the Court
Superior Court of CA County of Santa Clara
BY _____ M. ARECHIGA DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF *Santa Clara*

STREET ADDRESS: **Superior Court**
MAILING ADDRESS: **Civil Division**
CITY AND ZIP CODE: **191 N. First St**
BRANCH NAME: **San Jose, CA 95113**

CASE NAME: *Charles Buckner vs Carrington College & Elmo Fraser*

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $35,000) | ☐ Limited (Amount demanded is $35,000 or less) | ☐ Counter  ☐ Joinder | | **24CV452217** |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☑ Civil rights (08) *C.B.*
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☑ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action (specify): 2
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 11-22-24

*Charles Buckner*
(TYPE OR PRINT NAME)    ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10.
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) (if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability (not asbestos or
    toxic/environmental) (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) (not civil
    harassment) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        (not medical or legal)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract (not unlawful detainer
        or wrongful eviction)
    Contract/Warranty Breach–Seller
        Plaintiff (not fraud or negligence)
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage (not provisionally
    complex) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (not eminent
    domain, landlord/tenant, or
    foreclosure)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
        Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    (arising from provisionally complex
    case type listed above) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (non-domestic
        relations)
    Sister State Judgment
    Administrative Agency Award
        (not unpaid taxes)
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified above) (42)
    Declaratory Relief Only
    Injunctive Relief Only (non-
        harassment)
    Mechanics Lien
    Other Commercial Complaint
        Case (non-tort/non-complex)
    Other Civil Complaint
        (non-tort/non-complex)
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition (not specified above) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CM-010 [Rev. January 1, 2024]**

**CIVIL CASE COVER SHEET**

Page 2 of 2

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Charles Buckner | **F I L E D** |
| TELEPHONE NO.: 707 319 8913    FAX NO. *(Optional):* | JAN 24 2025 |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | **Clerk of the Court** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara<br>STREET ADDRESS: 191 N. First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Civil Division | Superior Court of CA County of Santa Clara<br>BY_____ DEPUTY |

| PLAINTIFF/PETITIONER: Charles Buckner | CASE NUMBER: C V 4 5 2 2 1 7 |
|---|---|
| DEFENDANT/RESPONDENT: CT corp - Carrington College. | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):* Carrington College

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  330 N Brand Blvd  Glendale CA 91203

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 1-18-25 at *(time):* 9:30 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 1-18-25 from *(city):* Vallejo  or [✓] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5.  c. ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,

  (1)  on *(date):*                                    (2)  from *(city):*

  (3) ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
  to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) ☐  to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d. ☐  **by other means** *(specify means of service and authorizing code section):*

  ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐  as an individual defendant.
  b. ☐  as the person sued under the fictitious name of *(specify):*
  c. ☐  as occupant.
  d. ☑  On behalf of *(specify):*
      under the following Code of Civil Procedure section:

  ☑ 416.10 (corporation)                          ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)                  ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership)           ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)                        ☐ 415.46 (occupant)
                                                  ☐ other:

7.  **Person who served papers**
  a.  Name: Joseph Castillo
  b.  Address: 230 Cimarron dr  Vallejo CA
  c.  Telephone number: 707 567-3993
  d.  **The fee** for service was: $ 6.89
  e.  I am:
      (1) ☐  not a registered California process server.
      (2) ☐  exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐  a registered California process server:
          (i)  ☐ owner  ☐ employee  ☐ independent contractor.
          (ii)  Registration No.:
          (iii)  County:

8. ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 1/24/25

Joseph Castillo                            ▶          Joseph Castillo
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR  MARSHAL)               (SIGNATURE )

```
              2635 NAPA ST
        VALLEJO, CA 94590-9998
            (800)275-8777
01/18/2025                        09:30 AM
-----------------------------------------
Product              Qty    Unit      Price
                            Price
-----------------------------------------
Mailer 10.5 x 16      2    $1.69      $3.38

First-Class Mail®     1               $2.04
Large Envelope
    San Jose, CA 95138
    Weight: 0 lb 2.40 oz
    Estimated Delivery Date
        Tue 01/21/2025
    Certified Mail®                   $4.85
        Tracking #:
        9589 0710 5270 1405 0569 10
Total                                 $6.89

First-Class Mail®     1               $2.04
Large Envelope
    Glendale, CA 91203
    Weight: 0 lb 2.40 oz
    Estimated Delivery Date
        Wed 01/22/2025
    Certified Mail®                   $4.85
        Tracking #:
        9589 0710 5270 1405 0569 03
Total                                 $6.89

-----------------------------------------
Grand Total:                        $17.16
-----------------------------------------
Debit Card Remit                    $17.16
    Card Name: VISA
    Account #: XXXXXXXXXXXX1910
    Approval #: 047363
    Transaction #: 590
    Receipt #: 050420
    Debit Card Purchase: $17.16
    AID: A0000000980840    Contactless
    AL: US DEBIT
-----------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
 and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
            1-800-222-1811.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
     https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

       Tell us about your experience.
  Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

-----------------------------------------

UFN: 058064-0174
Receipt #: 840-59450080-3-6921956-1
Clerk: 3
```

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Jose, CA 95138

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage          $2.04

Total Postage and Fees
$6.89
$

Sent To  Elmo Frazer    5883 Rue Ferrari

Street and Apt. No., or PO Box No.
#125  San Jose  CA  95138

City, State, ZIP+4®

VALLEJO, CA 94590
0174

JAN 18 2025

Postmark
Here

VALLEJO MAIN POST OFFICE

01/18/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

01993-VKD    Document 1-1    Filed 02/25/25

- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, use a unique identifier for your mailpiece. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| *Charles Buckner* 230 Cimarron Dr Vallejo CA 94589 <br><br> TELEPHONE NO.: 707 319 8913  FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* | **FILED** <br> JAN 2 4 2025 <br> Clerk of the Court <br> Superior Court of CA County of Santa Clara <br> BY _____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Civil Division

PLAINTIFF/PETITIONER: *Charles Buckner*

DEFENDANT/RESPONDENT: *Elmo Frazer*

| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER: 24CV452217 |
|---|---|
| | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):* *Elmo Frazer*

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  *5883 Rue Ferrari San Jose CA 95138*

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 1-18-25 at *(time):* 9:30AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 1-18-25 from *(city):* Vallejo  or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*        (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                     ☐ other:

7.  **Person who served papers**
   a. Name: JOSEPH CASTILLO
   b. Address: 230 CHARTO dr VALLEJO CA
   c. Telephone number: 707 567·3993
   d. **The fee** for service was: $ 6.89
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8.  ☑ **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   or

9.  ☐ **I am a California sheriff or marshal and I certify that the foregoing is true and correct.**

Date: 1/24/25

JOSEPH CASTILLO                              ► Joseph Castillo
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

# U.S. Postal Service™
# CERTIFIED MAIL RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Glendale, CA 91203

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)         $ $0.00
- [ ] Return Receipt (electronic)       $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required          $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postmark
Here

JAN 18 2025

Postage     $2.04
$

Total Postage and Fees
$6.89

01/18/2025

Sent To  C/O  Registered Agent  330 N
Street and Apt. No., or PO Box No.
Brand Blvd
City, State, ZIP+4®  Glendale, CA 91203

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# Certified Mail service provides the following benefits:

- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047

| **FW-003** | **Order on Court Fee Waiver** **(Superior Court)** | *Clerk stamps date here when form is filed.* |

**(1) Person who asked the court to waive court fees:**

Name: *Charles Buckner*

Street or mailing address: *230 Cimarron Dr*

City: *Vallejo*  State: *CA*  Zip: *94589*

**(2) Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

*None*

**(3)** A request to waive court fees was filed on *(date):* *11-22-24*

☐ The court made a previous fee waiver order in this case on *(date):*

*Clerk stamp:* **FILED** NOV 22 2024 Clerk of the Court Superior Court of CA County of Santa Clara BY \_\_\_\_ M. ARECHIGA DEPUTY

*Fill in court name and street address:*

**Superior Court of California, County of**

**Superior Court** **Civil Division** **191 N. First St** **San Jose, CA 95113**

*Fill in case number and name:*

Case Number: *24 CV 452217*

Case Name:

***Read this form carefully. All checked boxes ☑ are court orders.***

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)** After reviewing your: ☑ *Request to Waive Court Fees*  ☐ *Request to Waive Additional Court Fees* the court makes the following orders:

a. ☑ The court **grant**s your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses  ☐ Fees for a peace officer to testify in court
☐ Fees for court-appointed experts  ☐ Court-appointed interpreter fees for a witness
☐ Other *(specify):*

| | Case Number: |
|---|---|
| Your name: | |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____

_____

_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____

_____

_____

☐ The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below    ☐ On Attachment 4c(1)

_____

_____

_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below    ☐ On Attachment 4c(2)

_____

_____

_____

_____

**This is a Court Order.**

Your name: _____

Case Number: _____

| Hearing Date | → Date: _____ Time: _____ |
| Dept.: _____ Room: _____ |

Name and address of court if different from above:
_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: **NOV 2 2 2024** _____

Signature of (check one):  ☐ Judicial Officer  ☒ Clerk, Deputy

M. SORUM

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☒ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: **NOV 2 2 2024** _____

Clerk, by _____ , Deputy
Name: M. ARECHIGA

**This is a Court Order.**

**FW-003**  ## Order on Court Fee Waiver
(Superior Court)

Clerk stamps date here when form is filed.

Filed
December 3, 2024
Clerk of the Court
Superior Court of CA
County of Santa Clara
24CV452217
By: marechiga

(1) **Person who asked the court to waive court fees:**

Name: _Charles Buckner_

Street or mailing address: _230 Cimarron Dr_

City: _Vallejo_ State: _CA_ Zip: _94589_

(2) **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

_none_

Fill in court name and street address:

**Superior Court of California, County of**

**Superior Court**
**Civil Division**
**191 N. First St**
**San Jose, CA  95113**

(3) A request to waive court fees was filed on *(date):* _11-22-24_

☐ The court made a previous fee waiver order in this case on *(date):*

Fill in case number and name:

**Case Number:** 24CV452217

**Case Name:**

*Read this form carefully. All checked boxes ☒ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your:    ☒ *Request to Waive Court Fees*    *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☒ The court grants your request, as follows:

(1) ☒ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☒ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☒ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____

☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52    **Order on Court Fee Waiver (Superior Court)**    **FW-003, Page 1 of 3**

Your name: _____    Case Number: _____

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
  - Pay your fees and costs, or
  - File a new revised request that includes the incomplete items listed:
    ☐ Below   ☐ On Attachment 4b(1)

    _____

    _____

    _____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below   ☐ On Attachment 4b(2)

    _____

    _____

    _____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
  - Pay your fees and costs in full or the amount listed in c below, or
  - Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
    ☐ Below   ☐ On Attachment 4c(1)

    _____

    _____

    _____

    _____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
    ☐ Below   ☐ On Attachment 4c(2)

    _____

    _____

    _____

    _____

**This is a Court Order.**

| Your name: | | Case Number: |
|---|---|---|

| **Hearing Date** → | Date: _____ | Time: _____ | Name and address of court if different from above: |
| | Dept.: _____ | Room: _____ | |

> **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: November 22, 2024

Hon. Frederick Chung

Signature of (check one):    ☐ Judicial Officer    ☐ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☒ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* San Jose, California, on the date below.

☐ A certificate of mailing is attached.

Date: December 3, 2024

Clerk, by _____ marechiga _____, Deputy
Name: _____

**This is a Court Order.**

Case Name: _Charles Buckner vs Elmo Frazer_  Carrington College  Case #: _____

1  Your Name: _Charles Buckner_

2  Your Address: _230 Cimarron Dr_

3  _Vallejo CA 94589_

4  Your Phone Number: _707-319-8913_

5  Self-Represented

**FILED**

NOV 22 2024

Clerk of the Court
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
M. ARECHIGA

6

7                     SUPERIOR COURT OF CALIFORNIA

8                        COUNTY OF SANTA CLARA

9                             CIVIL DIVISION

10  _Charles Buckner_                    Case No.: _24 CV 452217_

11                                        PLEADING TITLE: _Complaint_

12          **Plaintiff,**                _Constitutional Rights_

13              And     _Carrington_      _violation._

14  _Elmo Frazer_  _College_            _unlimited_

15          **Defendant**                 Judge: _____

16

17

18

19

20

21

22

23

24

25

Pleading Title: _____    Page _____ of _____

*Frazer*

This complaint alleges that Elmo ~~Fraser~~, Director of Carrington College, made false and malicious statements to the San Jose Police Department, leading to my wrongful arrest and continued harassment. Mr. ~~Fraser's~~ *Frazer* actions violated my constitutional rights, specifically my Fourth Amendment right against unreasonable seizure and potentially my Fourteenth Amendment right to due process.

On Wednesday October 23, I was arrested by the San Jose Police Department based on false information provided by Carrington College Director, Mr. Elmo Fraser. He made two key false claims:

*Frazer*

1. **False Claim of Expulsion:** Mr. ~~Fraser~~ told the police I had been expelled from Carrington College. This is demonstrably false. I voluntarily withdrew from the college on October 9 2024, weeks prior to my arrest. I possess email correspondence with the college confirming my withdrawal. This deliberate misrepresentation created a false narrative of potential retaliation on my part. *Frazer*
2. **False Claim of a Conversation and Terrorist Threats:** Mr. ~~Fraser~~ *Frazer* asserted that I made terrorist threats against Carrington College during a conversation on the morning of Wednesday October 23. This is also demonstrably false. My phone records and also Mr *Frazer* ~~Fraser~~ phone records will clearly show Mr. ~~Fraser~~ *Frazer* attempted to call me twice: once the previous evening Tuesday October 22 at 7:01 PM, which I terminated, and again the morning of Wednesday October 23 at 7:12 AM, which I also declined. No conversation took place on the morning of my arrest ,as he claimed; therefore, no threats could have been made.

*Frazer*

Mr. ~~Fraser's~~ knowingly false statements resulted in my being apprehended at gunpoint by approximately seven to eight San Jose Police officers. While I have no complaints against the San Jose Police Department, who were acting on the misinformation they were given, this excessive and unwarranted show of force caused me significant emotional distress and trauma and has to be stopped. I was subsequently booked and incarcerated for three to four days before the charges were dismissed due to a lack of evidence.

Furthermore, even after my release from incarceration, the harassment continued. On November 8, 2024, at 11:09 AM, Mr. ~~Fraser~~ *Frazer* contacted me claiming someone had seen my car on the San Jose campus, continuous and aggressive on me confirming, was it me. This is impossible as I have been residing in Vallejo for the past weeks and have witnesses and camera footage to corroborate my whereabouts. This continued contact leads me to believe Mr. Fraser is attempting to fabricate another false case against me.

*Frazer*

I believe Mr. ~~Fraser~~ acted with malice, intentionally misrepresenting the facts to the police to cause my arrest and continuing to harass me even after the charges were dropped. His false claims about my expulsion, alleged threats, and now the alleged sighting of my car demonstrate a pattern of malicious behavior.

*Frazer*

I request a full investigation into Mr. ~~Fraser's~~ conduct and appropriate action be taken to address this violation of my constitutional rights and ongoing harassment. I further request documentation related to my arrest, including the police report and any recordings of

*Frazer*

conversations between Mr. ~~Eraser~~ and the San Jose Police Department. I endured significant emotional trauma, including anxiety, fear, sleeplessness, depression. This emotional distress necessitated a short period of medication usage, or other treatments resulting in needed expenses. Furthermore, the accusations tarnished the Plaintiff's reputation in the workplace community, leading to difficulty finding employment, strained relationships. The Plaintiff will incurred legal fees to defend against these baseless charges.

As a direct result of the false and malicious accusations of criminal threat and terrorist threats instigated by Carrington College and Elmo ~~Fraser~~ *Frazer*, the Plaintiff suffered significant and demonstrable damages. These accusations, carrying severe potential penalties under California law, including substantial prison sentences, caused immense emotional distress, reputational harm, and possibly financial losses.

The severity of the charges, coupled with the aggressive pursuit of these charges by Carrington College and Elmo ~~Fraser~~ *Frazer*, significantly amplified the Plaintiff's damages. The Plaintiff was forced to endure the arduous and stressful criminal justice process, facing the potential of a wrongful conviction and lengthy imprisonment. The fact that the Plaintiff ultimately prevailed and was found not guilty does not negate the substantial harm inflicted during this ordeal. The anxiety, fear, and uncertainty experienced throughout this period constitute significant and compensable damages.

To fully compensate for the emotional distress, reputational harm, financial losses, and the ordeal of facing these severe charges, the Plaintiff seeks $20 million in damages. In the interest of resolving this matter expeditiously and avoiding further litigation, the Plaintiff is willing to accept a settlement of $15million." If we cannot reach a settlement, I intend to file a motion for an expedited jury trial.

Thank you your Honor.

Respectfully submitted

Charles Buckner

11-22-24

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

_____ **CAUSE OF ACTION—Intentional Tort**      **Page** _____
(number)

ATTACHMENT TO    ☒ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Charles Buckner

alleges that defendant *(name):* Elmo Frazer & Carrington College

☐ Does ~~constitutional~~ violated to Charles Buckner
rights

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* Oct 23, 2024

at *(place):* Wyndham Garden Hotel Rue Ferrari

*(description of reasons for liability):* Elmo Frazer on the date of Oct 23, 2024 made false Allegation to the San Jose police. Stating that I was expelled from school and made criminal threats. All ~~false~~ Allegations Are false And got me arrested. I have All Documentation As well does he to prove the claims were false. This has caused me great emotional damage, pain & suffering, Depression, And put me in fear for my life causing me mental trauma.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# EXHIBIT C

# EXHIBIT C

1   Alden J. Parker (SBN 196808)
    E-Mail:  aparker@fisherphillips.com
2   William Okamoto (SBN 342147)
    E-Mail:  wokamoto@fisherphillips.com
3   FISHER & PHILLIPS LLP
    621 Capitol Mall, Suite 2400
4   Sacramento, California 95814
    Telephone: (916) 210-0400
5   Facsimile: (916) 210-0401

6   Attorneys for Defendants
    ELMO FRAZER and CARRINGTON COLLEGE (CA), INC.
7   (erroneously sued as CARRINGTON COLLEGE)

8

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      FOR THE COUNTY OF SANTA CLARA

11

12   CHARLES BUCKNER,                        CASE NO.:  24CV452217
                                             *[Unlimited Jurisdiction]*
13                  Plaintiff,

14          v.                               **DEFENDANTS' ANSWER AND
                                             AFFIRMATIVE DEFENSES TO PLAINTIFF'S
15   ELMO FRAZER & CARRINGTON                COMPLAINT**
     COLLEGE,
16                                           Complaint Filed: November 22, 2024
                    Defendants.              Trial Date:      Not Yet Set
17

18

19

20

21

22

23

24

25

26

27

28

                                         1

Defendants, ELMO FRAZER and CARRINGTON COLLEGE (CA), INC. erroneously sued as CARRINGTON COLLEGE, ("Defendants") hereby answers Plaintiff CHARLES BUCKNER'S ("Plaintiff") unverified Complaint for Damages, without waiving their right to remove this case to federal court, as follows:

### GENERAL DENIAL

Pursuant to California Code of Civil of Procedure § 431.30(d), Defendants generally deny each and every allegation and cause of action in Plaintiff's Complaint. In addition, Defendants deny that Plaintiff has sustained, or will sustain, any loss or damage in the manner or amount alleged, or otherwise, by reason of any act or omission, or any other conduct or absence thereof on the part of Defendants.

### FIRST AFFIRMATIVE DEFENSE

1.    Plaintiff's Complaint, and each and every cause of action therein, fails to state facts sufficient to constitute any cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

2.    Defendants allege the alleged acts of the Doe Defendants of which Plaintiff complains were all undertaken outside the scope of their agency and/or contractual relationship, if any, with Defendants and without the knowledge or consent of Defendants, and Defendants may not be held liable for such acts.

### THIRD AFFIRMATIVE DEFENSE

3.    Defendants allege Plaintiff's Complaint, and each and every cause of action therein, is barred by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

4.    Defendants allege Plaintiff, by reason of his knowledge, statements and conduct, is estopped to complain of any act or omission on the part of any Defendants, if any there were.

### FIFTH AFFIRMATIVE DEFENSE

5.    By her conduct, Plaintiff has waived any right to recover any relief sought in the complaint, or in any purported cause of action alleged therein and as such, Defendants allege Plaintiff's Complaint, and each cause of action contained therein, is barred by the doctrine of waiver.

///

1

**SIXTH AFFIRMATIVE DEFENSE**

2      6.      Plaintiff is guilty of undue delay in filing and prosecuting this suit, and accordingly, this

3  action is barred by laches.

4

**SEVENTH AFFIRMATIVE DEFENSE**

5      7.      Defendants allege Plaintiff's claims are subject to binding arbitration pursuant to the

6  agreement of the parties.

7

**EIGHTH AFFIRMATIVE DEFENSE**

8      8.      Defendants allege Plaintiff comes to this Court with unclean hands, and is, therefore,

9  barred from recovery under this Complaint, or any cause of action thereof.

10

**NINTH AFFIRMATIVE DEFENSE**

11      9.      Defendants are informed and believes and thereon alleges that the Complaint, and each

12  purported cause of action alleged therein, is barred by the doctrine of after-acquired evidence, or the

13  doctrine of after-acquired evidence limits and reduces Plaintiff's alleged damages.

14

**TENTH AFFIRMATIVE DEFENSE**

15      10.      Plaintiff's claims are barred because any and all actions taken by Defendants with respect

16  to Plaintiff were taken in good faith for legitimate, objectively reasonable beliefs and reasons.

17

**ELEVENTH AFFIRMATIVE DEFENSE**

18      11.      Plaintiff's claims are barred because any and all actions taken by Defendants are not state

19  actors.

20

**TWELFTH AFFIRMATIVE DEFENSE**

21      12.      Plaintiff's claims are barred because Plaintiff's own actions contributed to or otherwise

22  caused the alleged constitutional violations, which Defendants deny.

23

**THIRTEENTH AFFIRMATIVE DEFENSE**

24      13.      Any recovery on Plaintiff's complaint, or any purported cause of action alleged therein,

25  is barred in whole or in part by Plaintiff's failure to mitigate his damages.

26  ///

27  ///

28  ///

1

2    ## FOURTEENTH AFFIRMATIVE DEFENSE

3    14.    Any recovery on Plaintiff's complaint or any purported cause of action alleged therein, is

4    barred in whole or in part by after-acquired evidence which independently justified Plaintiff's

5    termination.

6    ## FIFTEENTH AFFIRMATIVE DEFENSE

7    15.    Plaintiff is not entitled to recover punitive or exemplary damages from Defendants on the

8    grounds that any award of punitive or exemplary damages would violate Defendants' constitutional

9    rights under the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States

10   Constitution.

11   ## PRAYER FOR RELIEF

12   **WHEREFORE**, these answering Defendants pray as follows:

13   1.    That Plaintiff take nothing by his complaint for damages;

14   2.    That Plaintiff's complaint herein be dismissed in its entirety with prejudice;

15   3.    That Defendants recover its costs of suit herein, including its reasonable attorneys' fees;

16   and

17   4.    That the court award such other and further relief as it deems appropriate.

18

19   DATE:  February 25, 2025          FISHER & PHILLIPS LLP

20

21   By: _____

22          Alden J. Parker
         William Okamoto

23          Attorneys for Defendants
         ELMO FRAZER and CARRINGTON COLLEGE (CA), INC.
24       (erroneously sued as CARRINGTON COLLEGE)

25

26

27

28

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action.  I am employed in the County of Sacramento with the law offices of Fisher & Phillips LLP and its business address is 621 Capitol Mall, Suite 2400, Sacramento, California 95814.

On **February 25, 2025**, I served the foregoing document(s) **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** on the person(s) listed below as follows:

Charles Buckner                          *Plaintiff In Pro Per*
230 Cimarron Drive
Vallejo, CA 94589

☐   **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Sacramento, California, in a sealed envelope with postage fully prepaid.

☐   **[by FAX]** - Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at fax number(s) listed above from fax number (916) 210-0401.  The machine printed a record of the transmission, and no error was reported by the machine.

☒   **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☐   **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

☐   **[by PERSONAL SERVICE]** - I delivered the document(s) to the person(s) at the address(es) listed above by (1) (a) personal delivery, or (b) by leaving the documents in an envelope/package with an individual in charge of the office, or (c) by leaving them in a conspicuous place in the office between the hours of 9:00 a.m. and 6:00 p.m., or (2) by messenger – a copy of the Messenger Declaration is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 25, 2025, at Sacramento, California.

Alicia P. Malerbi                    By: _____
_____
Print Name                                                      Signature

1
PROOF OF SERVICE